**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: DANA BRISBON!!!DISM DANA ONLY 11/8ase!No. 13-83120
      CYNTHIA BRISBON                §
                                      §
      Debtors                        §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  09/06/2013 .

2)  The plan was confirmed on  03/21/2014 .

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  07/07/2014.

5)  The case was dismissed on  09/26/2014 .

6)  Number of months from filing or conversion to last payment:  8 .

7)  Number of months case was pending:  14 .

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  $1,667.00 .

10) Amount of unsecured claims discharged without full payment:  $0.00 .

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 7,150.00 |
| Less amount refunded to debtor | $ 25.00 |
| **NET RECEIPTS** | $ 7,125.00 |

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 4,060.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 427.50 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,487.50 |

Attorney fees paid and disclosed by debtor:          $ 0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BARRICK SWITZER LONG BALSLEY | Lgl | 4,000.00 | 4,060.00 | 4,060.00 | 4,060.00 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Sec | 48,600.00 | 47,651.04 | 288.50 | 288.50 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Sec | 0.00 | 9,000.00 | 0.00 | 0.00 | 99.00 |
| CARRINGTON MORTGAGE | Uns | 52,577.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGMENT | Sec | 18,346.72 | 18,346.72 | 18,346.72 | 1,546.45 | 703.55 |
| NATIONAL CAPITAL MANAGMENT | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 460.00 | 449.28 | 449.28 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 11.14 | 11.14 | 0.00 | 0.00 |
| ABC DENISTRY | Uns | 1,039.00 | NA | NA | 0.00 | 0.00 |
| ACB AMERICAN INC | Uns | 1,198.30 | NA | NA | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AIC | Uns | 130.00 | NA | NA | 0.00 | 0.00 |
| ALL KIDS & FAMILY CARE | Uns | 240.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES IN COUNSELING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BEN GORDON CENTER | Uns | 197.50 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 905.68 | 1,562.62 | 1,562.62 | 0.00 | 0.00 |
| CENTENNIAL COUNSELING | Uns | 433.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHASE AUTO FINANCE | Uns | 3,246.25 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH INC | Uns | 2,000.00 | 1,217.55 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT OF REVENUE | Uns | 122.00 | 244.00 | 244.00 | 0.00 | 0.00 |
| CIARDELLI & CUMMINGS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DEKALB | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCKFORD | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| COMMERCIAL ACCOUNTY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 400.00 | 916.98 | 916.98 | 0.00 | 0.00 |
| COURTVIEW DENTAL | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| DEKALB SCHOOLS | Uns | 949.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO LLC | Uns | 844.21 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 306.42 | 306.42 | 0.00 | 0.00 | 0.00 |
| FMS INC | Uns | 493.98 | NA | NA | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Uns | 175.00 | NA | NA | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEKALB CLINIC CHARTERED | Uns | 454.39 | 801.84 | 801.84 | 0.00 | 0.00 |
| KISHWAUKEE COMMUNITY | Uns | 200.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HORIZON FINANCIAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 2,279.00 | 2,279.96 | 2,279.96 | 0.00 | 0.00 |
| IC SYSTEMS COLLECTIONS | Uns | 109.00 | NA | NA | 0.00 | 0.00 |
| IDES BENEFITS PAYMENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE COMMUNITY | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, | Uns | 752.99 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,061.54 | 978.59 | 978.59 | 0.00 | 0.00 |
| NORTHLAND GROUP INC | Uns | 7,822.72 | NA | NA | 0.00 | 0.00 |
| NORTHWEST ORAL & | Uns | 331.23 | NA | NA | 0.00 | 0.00 |
| PHYSICIAN ANESTHESIA ASSOC SC | Uns | 114.80 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Uns | 807.51 | NA | NA | 0.00 | 0.00 |
| PRASAD GOURINENI | Uns | 217.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PRAXIS FINANCIAL SOLUTIONS | Uns | 7,725.59 | NA | NA | 0.00 | 0.00 |
| PREFERRED CAPITAL LENDING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RIEXINGER & ASSOC LLC | Uns | 1,236.66 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 701.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 144.32 | 155.93 | 155.93 | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION | Uns | 0.00 | 261,330.73 | 0.00 | 0.00 | 0.00 |
| SALLIE MAE | Uns | 0.00 | 11,187.95 | 0.00 | 0.00 | 0.00 |
| SYCAMORE FINANCE OFFICE | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 3,000.00 | 2,811.63 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WOMENS DOC SC | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| WOODRUFF JOHNSON & PALERMO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PATRICE M DAVIS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 580.95 | 580.95 | 0.00 | 0.00 |
| WELLS FARGO BANK NA WELLS | Uns | 0.00 | 12,247.74 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA WELLS | Uns | 0.00 | 10,289.41 | 0.00 | 0.00 | 0.00 |
| COMCAST | Uns | 331.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE COMMUNITY | Uns | 709.00 | NA | NA | 0.00 | 0.00 |
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DANA BRISBON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DISNEY MOVIE CLUB | Uns | 34.90 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC & YOUNG ADULT | Uns | 217.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 687.51 | 687.51 | 0.00 | 0.00 |
| NIU BURSAR OFFICE SP235 | Uns | 0.00 | 1,500.00 | 1,500.00 | 0.00 | 0.00 |

<u>Summary of Disbursements to Creditors:</u>

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 288.50 | $ 288.50 | $ 0.00 |
| Debt Secured by Vehicle | $ 18,346.72 | $ 1,546.45 | $ 802.55 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 18,635.22 | $ 1,834.95 | $ 802.55 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 449.28 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 449.28 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 10,119.52 | $ 0.00 | $ 0.00 |

<u>Disbursements:</u>

| | | |
|---|---|---|
| Expenses of Administration | $ 4,487.50 | |
| Disbursements to Creditors | $ 2,637.50 | |
| | | |
| **TOTAL DISBURSEMENTS:** | | $ 7,125.00 |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  <u>11/19/2014</u>          By:  <u>/s/ Lydia S. Meyer</u>
                                                  Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**